IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00531–EWN–PAC

SORL SHEAD, JR.,

    Applicant,

v.

GARY GOLDER and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION

This matter is before the court on the "Recommendation of United States Magistrate Judge" filed September 22, 2005   No party has objected to the recommendation.  I have conducted the requisite *de novo* review of the issues, the record, and the recommendation.  Based on this review, I have concluded that the recommendation is a correct application of the facts and the law.  Accordingly, it is

    **ORDERED** as follows:

    1. The recommendation is ACCEPTED.

    2. Applicant, Sorl Shead, Jr.'s Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is DENIED.

3. All other pending motions are DENIED as moot.

DATED this 24th day of October, 2005

BY THE COURT:

/s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge

3. All other pending motions are DENIED as moot.

DATED this 24th day of October, 2005

        BY THE COURT:

        /s/ Edward W. Nottingham
        EDWARD W. NOTTINGHAM
        United States District Judge