IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 05–cv–00531–EWN–PAC

SORL SHEAD, JR.,

    Applicant,

v.

GARY GOLDER and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## MINUTE ORDER

---

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

The motion for reconsideration (#17), being untimely under any theory, is DENIED. SO ORDERED.

Dated: December 27, 2005