IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00531-EWN-PAC

SORL SHEAD, JR.,

      Applicant,

v.

GARY GOLDER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

ORDER DENYING CERTIFICATE OF APPEALABILITY

---

Nottingham, Judge

      Applicant has filed a motion for certificate of appealability being treated as a notice of appeal from this court's final order denying his Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 by a Person in State Custody and dismissing the action. The court has reviewed the file and finds that a certificate of appealability pursuant to 28 U.S.C. § 2253(c) should not be issued because Applicant has not made a substantial showing of the denial of a constitutional right. Accordingly, it is

      ORDERED that a certificate of appealability will not be issued.

      DATED at Denver, Colorado this 23rd day of January, 2006.

      BY THE COURT:


      s/ Edward W. Nottingham
      JUDGE, UNITED STATES DISTRICT COURT
      FOR THE DISTRICT OF COLORADO